WLADYSLAW CZAPSKI *vs.* SUN OIL COMPANY & another.

Suffolk.     December 5, 1938. — May 23, 1939.

Present: FIELD, C.J., LUMMUS, QUA, DOLAN, & RONAN, JJ.

*Nuisance.   License.*

A gasoline filling station duly licensed by the proper public authorities
and operated in a reasonable and careful manner was not a nuisance
to an adjoining landowner.

BILL IN EQUITY, filed in the Superior Court on December
3, 1937.

The suit was heard by *T. J. Hammond*, J.

*J. K. Jerome*, (*A. Sigel* with him,) for the plaintiff.

*W. F. Farr*, (*D. G. Allen* with him,) for the defendants.

LUMMUS, J.   The plaintiff appeals from a final decree
dismissing his bill to restrain the operation by the defend-
ants of a gasoline filling station adjoining the plaintiff's
tenement houses, the kitchens of which overlook it.   The
judge found no unnecessary noise or odor.   But the evidence
is reported, and we are bound to make findings for ourselves,
giving to the findings of the judge the weight required by a
rule too familiar to need restatement.   *Trade Mutual Lia-
bility Ins. Co.* v. *Peters*, 291 Mass. 79, 83, 84.   *Spiegel* v.
*Beacon Participations, Inc.* 297 Mass. 398, 407–408.   *Smith*
v. *Stratton*, 302 Mass. 17, 19–20.

The evidence showed some noise, and an objectionable
odor, but nothing beyond the natural incidents of the rea-
sonable and careful conduct of a gasoline filling station.
Since it is conceded that the defendants were licensed by
the proper public authorities to maintain such a station,
the plaintiff cannot restrain as a nuisance the doing in a
reasonable and careful manner of the very act licensed.
*Sawyer* v. *Davis*, 136 Mass. 239.   *White* v. *Kenney*, 157
Mass. 12.   *Murtha* v. *Lovewell*, 166 Mass. 391.   *Common-
wealth* v. *Packard*, 185 Mass. 64.   *Levin* v. *Goodwin*, 191
Mass. 341.   *Strachan* v. *Beacon Oil Co.* 251 Mass. 479, 487,

488. *Marshall* v. *Holbrook,* 276 Mass. 341, 346. See also *St. James Building Corp.* v. *Commissioner of Public Safety,* 260 Mass. 548; *Hanauer* v. *State Fire Marshal,* 271 Mass. 506. Compare *Hakkila* v. *Old Colony Broken Stone & Concrete Co.* 264 Mass. 447; *Tortorella* v. *H. Traiser & Co. Inc.* 284 Mass. 497, 501.

*Decree affirmed with costs.*